JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL ANGEL CARO-QUINTERO, | ) | No. EDCV 19-984-SVW (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| C. SWAIN, Warden | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on the Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is DENIED AS MOOT.

DATED: September 23, 2019

STEPHEN V. WILSON
United States District Judge